# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00388-CV

**In re Mario Lavon Gamble**

## ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Mario Lavon Gamble filed a petition for writ of mandamus, complaining that the trial court had not set his motion for DNA testing for a hearing. *See* Tex. R. App. P. 52.8. Since his filing, the trial court has provided this Court with an order showing that Gamble's motion was heard and denied. Gamble has received the relief he sought through his original proceeding, and any appeal of the denial of his motion for DNA testing must be conducted through a direct appeal. *See* Tex. Code Crim. P. 64.05 (West 2006). We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed:  August 27, 2009